IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CSG GOVERNMENT SOLUTIONS, INC., *an Illinois corporation*, ) ) ) | |
| *Plaintiff,* ) | Case No. 17-cv-8595 |
| ) v. ) ) | Judge Marvin E. Aspen  Magistrate Judge M. David Weisman |
| KARTHIK VENKATESAN, an individual, ) ) | |
| *Defendant.* ) | |

**PLAINTIFF CSG GOVERNMENT SOLUTIONS' MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS**

Pursuant to Fed. R. Civ. P. Rule 37(a)(1)-(3), Plaintiff CSG Government Solutions, Inc. ("CSG") moves to compel Karthik Venkatesan ("Defendant") to produce certain documents in response to CSG's Requests for Production. The reasons supporting this Motion are set forth in CSG's accompanying Memorandum.

Pursuant to L.R. 37.2, counsel for CSG states that it conferred by telephone with counsel for Defendant on June 14, 2018, and that despite good faith attempts to resolve their differences, the parties were unable to reach an accord on the matters set forth in this Motion.

Dated: June 29, 2018

Respectfully submitted,

CSG GOVERNMENT SOLUTIONS, INC

By: /s/ Stephen J. Rosenfeld

Stephen J. Rosenfeld (ARDC # 6216769)
George V. Desh (ARDC #6305733)
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
*Attorneys for CSG Government Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 29, 2018 a true and correct copy of the foregoing document has been served on all counsel of record who have consented to electronic service.

/s/ Stephen J. Rosenfeld___